NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVIVA SPORTS, INC., A MINNESOTA CORPORATION,**
*Plaintiff-Appellee*

**v.**

**FINGERHUT DIRECT MARKETING, INC., A DELAWARE CORPORATION, MENARD, INC., A WISCONSIN CORPORATION, KMART CORPORATION, A MICHIGAN CORPORATION, MANLEY TOYS, LTD., DBA MANLEY TOYS, DBA TOYQUEST, A HONG KONG, CHINA CORPORATION,**
*Defendants*

**STEPHEN M. LOBBIN,**
*Sanctioned Party-Appellant*

---

2015-1619

---

Appeal from the United States District Court for the District of Minnesota in No. 0:09-cv-01091-JNE-JSM, Judge Joan N. Ericksen.

---

**JUDGMENT**

---

JOHN THOMAS VITT, Dorsey & Whitney LLP, Minneapolis, MN, argued for plaintiff-appellee. Also represented by DAVID YOUNGERT TREVOR.

STEPHEN M. LOBBIN, Newport Beach, CA, argued pro se.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 10, 2016       /s/ Daniel E. O'Toole
Date            Daniel E. O'Toole
                Clerk of Court